| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Melancon, Tucker L | 2. Court or Organization USDC for W District of LA | 3. Date of Report 8/1/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ●Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |

7. Chambers or Office Address

800 Lafayette Street

Suite 4700

Lafayette, LA 70501

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | ▉▉▉▉▉Trust (▉▉▉▉▉▉rust) |

RECEIVED 2005 AUG 23 A 11:11 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | New York Life Insurance Co, Annuity | 26,320.20 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed/Sculptor |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 8/1/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J P Morgan Chase | Line of Credit | K |
| 2. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 8/1/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| _ NONE (No reportable income. assets. or transactions) | | | | | | | | | |
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. Janus Mercury Fund | | None | | | Sell | 10/04 | J | A | |
| 4. Janus Olympus Fund | | None | | | Sell | 10/04 | J | A | |
| 5. Janus Global Life Sciences Fund | | None | | | Sell | 10/04 | J | A | |
| 6. Janus Global Tech Fund | | None | | | Sell | 10/04 | J | A | |
| 7. CPR Medical Inc | | None | | | Bankrupt | 12/04 | J | A | |
| 8. American International Group | A | Dividend | J | T | | | | | |
| 9. AT&T Wireless | | None | | | Sell | 4/04 | K | A | |
| 10. Gulf Telecom LLC | A | Distribution | | | Liquidation | 12/04 | J | A | |
| 11. Life ENH Systems Inc | | None | J | W | | | | | |
| 12. Working Interest Oil & Gas Wells Operated | A | Distribution | J | W | | | | | |
| 13. Royalty Int - Strat Land | A | Royalty | J | W | | | | | |
| 14. Royalty Int - Silver Pines | A | Royalty | J | W | | | | | |
| 15. Royalty Int - Jeems Bayou | A | Royalty | J | W | | | | | |
| 16. Royalty Int - Grisby Petroleum | A | Royalty | J | W | | | | | |
| 17. Royalty Int - Berry Petroleum | A | Royalty | J | W | | | | | |
| 18. Royalty Int - Silver Oak | D | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 8/1/2005 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. International Business Machines Inc Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 20. Cisco Systems Inc (IRA) | | None | J | T | | | | | |
| 21. Lucent Technologies (IRA) | | None | J | T | | | | | |
| 22. AVAYA Inc (IRA) | | None | J | T | | | | | |
| 23. Time Warner Inc (IRA) | | None | J | T | | | | | |
| 24. Janus Worldwide Mutual Fund (IRA) | | None | J | T | | | | | |
| 25. Janus Twenty Mutual Fund (IRA) | | None | J | T | | | | | |
| 26. Janus Global Life Sciences Fund (IRA) | | None | J | T | | | | | |
| 27. Janus Mercury Fund (IRA) | | None | J | T | | | | | |
| 28. Janus Olympus Fund (IRA) | | None | J | T | | | | | |
| 29. Janus Enterprise Fund (IRA) | | None | J | T | | | | | |
| 30. Janus Contrarian Fund (IRA) | | None | J | T | | | | | |
| 31. ML Cash Mgt Account | A | Interest | J | T | | | | | |
| 32. AT&T Corp Common Stock | A | Dividend | J | T | | | | | |
| 33. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 34. Pub Svc Enterprise Group | A | Dividend | J | T | | | | | |
| 35. WGL Holdings Inc | A | Dividend | J | T | | | | | |
| 36. Merril Lynch Senior Floating Rt Fd | A | Dividend | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 8/1/2005 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ML Money Market Account (SEP) | A | Interest | K | T | | | | | |
| 38. Conocophillips Common Stock (SEP) | A | Dividend | J | T | | | | | |
| 39. Exxon Mobil Common Stock (SEP) | A | Dividend | J | T | | | | | |
| 40. ML Basic Value Fund Class B (SEP) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Melancon, Tucker L | 8/1/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Melancon, Tucker L | 8/1/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date August 1½ 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544